IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re:

JODY LEE BEACH and
RHONDA B. BEACH                                    Bankruptcy Case No. 21-10762-t13

    Debtors.

---

IRON HORSE WELDING, LLC,

    Appellant,

v.                                                 1:23-cv-00258-KWR-JMR

JODY LEE BEACH and
RHONDA B. BEACH

    Appellees.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The magistrate judge filed her Proposed Findings and Recommended Disposition on February 15, 2024. Doc. 17. The proposed findings notified Iron Horse Welding, LLC of its ability to file objections within fourteen days—by February 29, 2024— and that failure to do so waives appellate review. *Id.* at 22. To date, Iron Horse Welding, LLC has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

    1.    The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 17) is ADOPTED;

    2.    The Bankruptcy Court's decision is AFFIRMED.

    3.    A final order is entered concurrently with this order.

_____
KEA W. RIGGS
United States District Judge